UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:25CR 00018 JM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| BRIAN MICHAEL FULTS | ) | 26 U.S.C. §§ 5841, 5861(d), and 5871 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Between in or about January 2021, to on or about January 12, 2024, in the Eastern District of Arkansas and elsewhere, the defendant,

BRIAN MICHAEL FULTS,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

### COUNT 2

On or about January 12, 2024, in the Eastern District of Arkansas, the defendant,

BRIAN MICHAEL FULTS,

knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section 5845, that is: a silencer, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

# FORFEITURE ALLEGATION 1

Upon conviction of Count 1 or 2 of this Indictment, the defendant, BRIAN MICHAEL FULTS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. HENRY REPEATING RIFLE COMPANY model H006MR, .357 caliber RIFLE, serial number: BBR006379M;

2. Izhmash model Saiga, 5.45 caliber RIFLE, serial number: H09883486;

3. REMINGTON ARMS COMPANY, INC., model 870 EXPRESS MAGNUM, 12 gauge caliber SHOTGUN, serial number: B700583M;

4. NORINCO (NORTH CHINA INDUSTRIES) model MAK90, 7.62 caliber RIFLE; serial number 6268;

5. ROMARM/CUGIR model SSG97, 7.62 caliber RIFLE, serial number: 97C-0082-03;

6. RUGER model AR-556 MPR, 5.56 caliber RIFLE, serial number: 855-22772;

7. CZECH SMALL ARMS model SA VZ61, 9mm caliber PISTOL, serial number: 69M00452;

8. FEG model SA2000M, 7.62 caliber RIFLE, serial number: EE0465H;

9. GLOCK INC., model 42, .380 caliber PISTOL, serial number: ACUS212;

10. CENTRAL ARMS CO (unknown model), 16 gauge caliber shotgun, no serial number;

11. NORINCO (NORTH CHINA INDUSTRIES) model: 54-1, 7.62 caliber PISTOL, serial number: 37003122;

12. HERITAGE MFG. INC. model: ROUGH RIDER, .22 caliber revolver, serial number 3HR126556;

13. ANCIENS ESTABLISHMENTS PIEPER model 1908; 9mm caliber PISTOL, serial number: 161094;

14. ARSENAL CO. BULGARIA model: MAKAROV, 9mm caliber PISTOL, serial number: BAM09270;

15. IZHMASH (IMEZ) model IJ70; 9mm caliber PISTOL, serial number: BB879;

16. LUCZNIK, FABRYKA BRONI (Z. M. LUCZNIK) model P64; 9mm caliber PISTOL, serial number: ZGO9962;

17. GERMANY model: MAKAROV, 9mm caliber PISTOL, serial number: EX1033;

18. SUN CITY MACHINERY CO., LTD, model: STEVENS 320, 12 gauge caliber SHOTGUN, serial number: 206503E;

19. HIGH STANDARD model: 200, 12 gauge caliber SHOTGUN; with obliterated serial number;

20. GLOCK INC., model 23; 40 caliber PISTOL, serial number: BSRG730;

21. CHILDERS GUNS, LLC, model: CGY; 7.62 caiber RIFLE, serial number: K01780;

22. CZ (CESKA ZBROJOVKA) model SCORPION EVO 3 S1, 9mm caliber RIFLE, serial number: C711524;

23. GLOCK INC. model 17CGEN4, 9mm caliber PISTOL, serial number: ACPA366;

24. ROSSI model M68; .38 caliber REVOLVER, serial number: AA268835;

25. CZ (CESKA ZBROJOVKA) model SCORPION EVO 3 S1, 9mm caliber RIFLE, serial number: D005560;

26. Firearm Silencer with no manufacturer markings or serial number;

27. SIG SAUER (SIG-ARMS) model P938, 9mm caliber PISTOL, serial number: 52B120400;

28. IZHMASH (IMEZ) model IJ70-18AH, 9mm caliber PISTOL, serial number: RM001277;

29. GLOCK INC. model: 43X, 9mm caliber PISTOL, serial number: BWCE517;

30. BERETTA, PIETRO S.P.A model 84F, .380 caliber PISTOL, serial number: D80096Y;

31. MAUSER model HSC, .380 caliber PISTOL, serial number: 013664;

32. RUGER model BEARCAT, .22 caliber REVOLVER, serial number: 113328;

33. ANDERSON MANUFACTURING model AM-15, multi-caliber RIFLE, serial number: 17190663;

34. Unknown Manufacturer model Mak 90; 7.62 caliber RIFLE, serial number: 37357;

35. Unknown Manufacturer, unknown model, .22 caliber DERRINGER, serial number E231281;

36. MOSSBERG model 500A, 12 gauge caliber SHOTGUN, serial number: P605778;

37. MAGNUM RESEARCH, INC., model MICRO DESERT EAGLE, .380 caliber PISTOL, serial number: ME10758; and

38. $8,301.00.

o  NO TRUE BILL.                    ✓ TRUE BILL.

**REDACTED SIGNATURE**
_____
FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

_____
By KRISTIN H. BRYANT
AR Bar Number 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Kristin.Bryant@usdoj.gov